PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-15923

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (TUCSON)

In re | Bk. No. 4:10-bk-19913-JMM

CARLOS BURTON aka CARLOS LOPEZ BURTON, JR. AND CARLA LETICIA BURTON aka CARLA LETICIA CHAPARRO

Chapter 13

Debtors.

REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: July 13, 2010

By /s/ Dean R. Prober
DEAN R. PROBER, ESQ., CA BAR # 106207
As Agent for BAC Home Loans Servicing, LP

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, July 15, 2010 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carlos Burton
Carla Leticia Burton
5164 E. Circulo Las Cabanas
Tucson, AZ 85711
Debtors

Kathryn L. Johnson, Esquire
Law Office of Kathryn L. Johnson, PLC
2 East Congress Street, Ste. 900
Tucson, AZ 85701
Attorney for Debtors

Dianne C. Kerns
7320 North La Cholla #154, PMB 413
Tucson, AZ 85741-2305
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2010, at Woodland Hills, California.

/s/ Tina Gaboyan