UNITED STATES BANKRUPTCY COURT
District of Arizona (Tucson)

In re:

Debtor(s)

CARLOS BURTON AND CARLA LETICIA BURTON

Case No.: 10-19913　　　　　　　　　　　　　　　　　　　　　Loan Number (Last 4): 6800

Chapter: 13

## NOTICE OF PAYMENT CHANGE

Chase Home Finance, LLC., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | October 01, 2010 |
| Current Monthly Payment: | Principal and Interest | $1,472.33 |
| | Tax and Other Amount | $200.61 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $53.75 |
| | Total Payment Amount | $1,726.69 |
| New Monthly Payment: | Principal and Interest | $1,472.33 |
| | Tax and Other Amount | $200.19 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $54.17 |
| | Total Payment Amount | $1,726.69 |

Melba Arredondo　　　　　　　　　　　　　　　　　　　Specific Contact Information:
Chase Home Finance, LLC.　　　　　　　　　　　　　　Mayra Porras
10790 Rancho Bernardo Road　　　　　　　　　　　　Bankruptcy Supervisor
San Diego, CA 92127　　　　　　　　　　　　　　　　　Phone: 858-605-5165
Telephone: 888-332-3412　　　　　　　　　　　　　　Fax: 614-388-9908
Fax:
Email Address:

Date: July 31, 2010

By: /s/ Melba Arredondo

　　　Assistant VP

228516-f10cf875-b510-4889-92cd-e3d718aebbfa

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

CARLOS BURTON
CARLA LETICIA BURTON
5164 E. CIRCULO LAS CABANAS
TUCSON, AZ 85711

Debtor's Attorney:

KATHRYN L JOHNSON
LAW OFFICE OF KATHRYN L JOHNSON, PLC
2 E CONGRESS ST, STE 900
TUCSON, AZ 85701

Trustee:

DIANNE C. KERNS
7320 N. LA CHOLLA 154 PMB 413
TUCSON, AZ 85741-2305

/s/ Bill Taylor

As Authorized Filing Agent for Filer

228516-b8e4d447-ee7c-46eb-8dd4-7281bb4847d1



## Annual Escrow Account Disclosure Statement

**Customer Care**
**Customer Care Phone:** 1-800-848-9136
**Hearing Impaired (TDD):** 1-800-582-0542
www.chase.com/homefinance/customerservice

03545 ESA Z 19510 C -
CARLOS L BURTON
5164 E CIRCULO LAS CABANAS
TUCSON AZ 85711-7709

### Loan Summary
| | |
|---|---|
| Loan Number: | |
| Principal Balance: | $223,147.19 |
| Escrow Balance: | $808.80- |
| Next Payment Due: | 01/01/10 |

### Statement Date
**July 13, 2010**

**Property Address:**
5164 E Circulo Las Cabanas
Tucson, AZ

### Prior Payment Breakdown
| | |
|---|---|
| Principal and Interest | $1,472.33 |
| Escrow | $254.36 |
| **Total Payment** | **$1,726.69** |

### New Payment Breakdown Effective 10/01/10
| | |
|---|---|
| Principal and Interest | $1,472.33 |
| Escrow | $254.36 |
| **Total Payment** | **$1,726.69** |



## YOUR ESCROW ACCOUNT HISTORY
Keep this statement for your records. This history compares the escrow activity that was projected for the past period with your actual escrow activity. Because taxes and insurance premiums were projections, the actual amounts paid may be different.

### Comparing Projections to the Actual Payments

| | | Prior Year Projection | | | Actual Activity | | |
|---|---|---|---|---|---|---|---|
| Description | Month | Payments to escrow account | Payments from escrow account | Escrow Balance | Payments to escrow account | Payments from escrow account | Escrow Balance |
| Beginning Balance | | $0.00 | $0.00 | $949.90 | $0.00 | $0.00 | $703.45 |
| Payment | 08/08 | $254.36 | $0.00 | $1,204.26 | $274.90* | $0.00 | $978.35 |
| Payment | 09/08 | $254.36 | $0.00 | $1,458.62 | $274.90* | $0.00 | $1,253.25 |
| Payment | 10/08 | $254.36 | $0.00 | $1,712.98 | $274.90* | $0.00 | $1,528.15 |
| County Tax | 10/08 | $0.00 | $1,204.26 | $508.72 | $0.00* | $1,192.81* | $335.34 |
| Payment | 11/08 | $254.36 | $0.00 | $763.08 | $274.90* | $0.00 | $610.24 |
| Payment | 12/08 | $254.36 | $0.00 | $1,017.44 | $274.90* | $0.00 | $885.14 |
| Payment | 01/09 | $254.36 | $0.00 | $1,271.80 | $274.90* | $0.00 | $1,160.04 |
| Payment | 02/09 | $254.36 | $0.00 | $1,526.16 | $274.90* | $0.00 | $1,434.94 |
| Payment | 03/09 | $254.36 | $0.00 | $1,780.52 | $274.90* | $0.00 | $1,709.84 |
| Payment | 04/09 | $254.36 | $0.00 | $2,034.88 | $274.90* | $0.00 | $1,984.74 |
| County Tax | 04/09 | $0.00 | $1,204.25 | $830.63 | $0.00* | $1,192.80* | $791.94 |
| Payment | 05/09 | $254.36 | $0.00 | $1,084.99 | $0.00* | $0.00 | $791.94 |
| Homeowner In | 05/09 | $0.00 | $0.00 | $1,084.99 | $0.00* | $645.00* | $146.94 |
| Payment | 06/09 | $254.36 | $0.00 | $1,339.35 | $274.90* | $0.00 | $421.84 |
| Homeowner In | 06/09 | $0.00 | $644.00 | $695.35 | $0.00* | $0.00* | $421.84 |
| Payment | 07/09 | $254.36 | $0.00 | $949.71 | $0.00* | $0.00 | $421.84 |
| Payment | 08/09 | $0.00 | $0.00 | $949.71 | $274.90* | $0.00 | $696.74 |
| Payment | 10/09 | $0.00 | $0.00 | $949.71 | $274.90* | $0.00 | $971.64 |
| County Tax | 10/09 | $0.00 | $0.00 | $949.71 | $0.00* | $1,201.12* | $229.48- |
| Payment | 11/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $24.88 |
| Payment | 01/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $279.24 |
| Payment | 03/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $533.60 |
| County Tax | 04/09 | $0.00 | $0.00 | $949.71 | $0.00 | $1,201.12* | $667.52- |
| Payment | 05/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $413.16- |
| Payment | 06/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $158.80- |
| Homeowner In | 06/09 | $0.00 | $0.00 | $949.71 | $0.00* | $650.00* | $808.80- |
| Payment | 07/09 | $0.00 | $0.00 | $949.71 | $1,780.52* | $0.00 | $971.72 |
| Payment | 08/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $1,226.08 |
| Payment | 09/09 | $0.00 | $0.00 | $949.71 | $254.36* | $0.00 | $1,480.44 |
| **Total** | | **$3,052.32** | **$3,052.51** | | **$6,859.84** | **$6,082.85** | |

* Either the date or the amount differs from the previous projection.

Your previous Escrow Account Disclosure Statement projected payments to your escrow account would be $254.36 monthly, totaling $3,052.32. Under federal law, your lowest monthly balance should not go below $508.72.

### Escrow Surplus Information

At this time, your Escrow Analysis account had a surplus in the amount of $24.96.

Your Escrow surplus of $24.96 will be spread to reduce your monthly payments by $0.00 starting with your October 1, 2010 payment. If your account is past due, the escrow surplus of $24.96 will be retained in your escrow account.

## GENERAL ESCROW INFORMATION

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Due Date | New Year Projections | Monthly Required Escrow | Description | Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| County Tax | 10/10 | $2,402.24 | $200.18 | Hazard Ins | 06/11 | $650.00 | $54.16 |
| | | | | **Totals** | | $3,052.24 | $254.36 |

## REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

| | |
|---|---|
| Total Monthly Required Escrow | $254.36 |
| Total Required Reserve | $508.72 |

## PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.
**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance | | $0.00 | $0.00 | $1,455.48 | Payment | 04/11 | $254.36 | $0.00 | $2,034.88 |
| Payment | 10/10 | $254.36 | $0.00 | $1,709.84 | County Tax | 04/11 | $0.00 | $1,201.12 | $833.76 |
| County Tax | 10/10 | $0.00 | $1,201.12 | $508.72** | Payment | 05/11 | $254.36 | $0.00 | $1,088.12 |
| Payment | 11/10 | $254.36 | $0.00 | $763.08 | Payment | 06/11 | $254.36 | $0.00 | $1,342.48 |
| Payment | 12/10 | $254.36 | $0.00 | $1,017.44 | Homeowner In | 06/11 | $0.00 | $650.00 | $692.48 |
| Payment | 01/11 | $254.36 | $0.00 | $1,271.80 | Payment | 07/11 | $254.36 | $0.00 | $946.84 |
| Payment | 02/11 | $254.36 | $0.00 | $1,526.16 | Payment | 08/11 | $254.36 | $0.00 | $1,201.20 |
| Payment | 03/11 | $254.36 | $0.00 | $1,780.52 | Payment | 09/11 | $254.36 | $0.00 | $1,455.56 |
| | | | | | **Total** | | $3,052.32 | $3,052.24 | |

## COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Surplus:** Your Anticipated Escrow Balance is $1,480.44. Your Target Balance according to this analysis is $1,455.48. The Anticipated Escrow Balance is greater than the Target Balance. For that reason your account has a surplus in the amount of $24.96.

| | | |
|---|---|---|
| Anticipated Escrow Balance | $1,480.44 | **Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $808.80- as of July 13, 2010. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, October 1, 2010. |
| Minus the Target Balance | $1,455.48 | |
| Escrow Surplus | $24.96 | |

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $1,726.69 of which $1,472.33 will be for principal and interest and $254.36 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.